IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

        Plaintiff,

        v.

**FRANKY ENRIQUE ALVARDO-GOMEZ,**

        Defendant.

No. 3:08-cr-00294-MO-1

OPINION AND ORDER

**MOSMAN, J.**,

    Defendant has filed a Motion to Modify and Reduce Sentence [56], pursuant to 18 U.S.C. § 3582. For the reasons stated in my Opinions in *United States v. Heckman*, 3:10-cr-00143-MO-1 [48] and *United States v. Padilla-Diaz*, 3:08-cr-00126-MO [322], Defendant's Motion is DENIED.

    IT IS SO ORDERED.

    DATED this  28   day of November, 2016.

                                          /s/ Michael W. Mosman
                                          MICHAEL W. MOSMAN
                                          Chief United States District Judge

1 – OPINION AND ORDER